

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

04-24-00061-CV

**IN RE** Rolando **SAENZ**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: February 28, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On January 26, 2024, relator filed a petition for writ of mandamus. On January 29, 2024, relator filed a motion for an emergency stay. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, relator's petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's request for an emergency stay is **DENIED** as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2023-CVF-000176-03, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Palomo presiding.